# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,    )
       )
       Plaintiff,    )
       )
    v.    )    Case No.  CIV-11-136-SPS
       )
SHIRLEY ZEY SMITH,    )
       )
       Defendant.    )

## OPINION AND ORDER DENYING
## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Upon consideration of the Plaintiff's Motion for Summary Judgment and Brief in Support [Docket No. 36], the Court finds genuine issues of material fact as to the following question: whether Ms. Smith's submissions of claims for payment at each of her cosmetology schools were made "knowingly" as that term is defined by the False Claims Act, 31 U.S.C. § 3729(b).  The existence of such a fact question precludes summary judgment, *see* Fed. R. Civ. P. 56(a) ("The court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law."), and the Plaintiff's motion is accordingly hereby DENIED.

**DATED** this 30th day of September, 2013.

_____
Steven P. Shreder
United States Magistrate Judge
Eastern District of Oklahoma